U.S. DISTRICT COURT, N.D. OF N.Y.
**FILED**
AUG 31 2020
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Albany

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

sarah Constantine, NYS Dear Community )
       Plaintiff(s) )
               )
     vs.             )
Rensselaer County Clerk Frank J. Merola, NYS DMV, Un )
5 Unamed Person Employed by DMV. )
       Defendant(s) )

Civil Case No.: 1:20-CV-1012 DNH/ML

**COMPLAINT PURSUANT TO THE AMERICANS WITH DISABILITIES ACT**

---

Plaintiff(s) demand(s) a trial by: [✔] JURY  [ ] COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

## PARTIES

2. a. Plaintiff: Sarah Constantine

   Address: 10102 Waters View Cir Cohoes NY 12047

 b. Plaintiff: New Yrok Deaf Community

   Address: _____

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Frank J Merola unknow employees

   Official Position: County Clerk

   Address: 105 3rd Street Troy NY 12080

   b. Defendant: NYS Department of Motor Vehicle

   Official Position:

   Address: Empire State Plaza, Albany NY 12228

   Additional Defendants may be added on a separate sheet of paper.

4. My disability is as follows:
   I am a Deaf Woman and Mute and I was discriminated against Because I am Deaf and Because of there I live

5. The conduct complained of in this action involves:
   (Check all that apply)

   (A)  ☐  Failure to employ.

   (B)  ☐  Termination of employment.

   (C)  ☑  Denial of participation in public service or program.

   (D)  ☑  Failure to make alterations to accommodate disability.

   (E)  ☑  Retaliation.

   (G)  ☑  Other acts as specified below:
   they would not help me in the DMV office but throw me out becuase I asked there employee if she was denial me service

6.                                    **FACTS**

   On the following page, set forth the facts of your case which substantiate your claim of discrimination. List the events in the order they happened, naming defendants involved, dates and places.

   Note: Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

   You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

   You may use additional sheets as necessary.

on or about August 27th, 2020 at 130 pm I want to the DMV office on 105 3rd street Troy, NY 12180. a woman there name unknow but included in this case started yelling at me I have no idea what she was saying at first after I found out I asked her if she was denying me service at this office then the next thing another woman came out and took me inside. I again explain that I was deaf the next thing I know was this woman was yelling at me and only when my son explains what she was saying did I know what was going on. she was yelling for me to get the hell out of her building. I guess when I asked the other employee if she was denying my service, they did not like that and wanted me out of the building. they also discriminated against me because I was living in a different city also. They did not or was they ever going to get me an interpreter they just decided that yelling at me was ok. I they decided that they can service people that they want to and discriminate against everyone else this is a state agency not a county and the county has not right to stop any one from coming there and doing business.  Thee names of the unknow persons are to be given to the plaintff ASAP

## 7. PRAYER FOR RELIEF

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief: interpreter every time a deaf person coming to their offices and to not discriminate against them for being deaf or because of their there live. Also issue and judgment in the amount of 100,000.00.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 8-27-2020

*Sarah Constatin*

Signature of Plaintiff(s)
(all Plaintiffs must sign)